IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NEW HAMPSHIRE INSURANCE CO., as Subrogee of Robert Sanford,

        Plaintiff,

v.

ROBERT A. LEE; THE F/V PACIFIC HUNTER,

        Defendants.

Case No. 6:19-cv-00534-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 10), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 10) is adopted in full. The case is dismissed without prejudice.

1 –ORDER

IT IS SO ORDERED.

DATED this 25th day of October, 2019.

                                          /s/ Michael J. McShane
                                             Michael McShane
                                     United States District Judge